UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

    ALBERTO RAMOS

                     Debtor.

Chapter 7

Case No. 24-43270-jmm

-------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion [ECF No. 18] (the "Motion") of Emigrant Mortgage Company, Inc. ("Movant"), for relief from the automatic stay with respect to 279 Nichols Avenue, Brooklyn, NY 11208 (the "Collateral"); and a hearing on the Motion having been held on January 16, 2025; and good and sufficient notice of the Motion and the hearing having been provided; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §362(d)(1) and (d)(2) to permit Movant, its agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED,** within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale or disposition of the

Collateral on the above-captioned debtor, debtor's counsel, the case trustee. Any surplus proceeds realized from the sale or other disposition of the Collateral shall be remitted promptly to the case trustee.

Dated: January 21, 2025
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge